# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ANDREW J. HAWKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:25-cv-00012 |
| ) | Judge Trauger |
| WILLIAMSON COUNTY SHERIFF'S OFFICE, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On September 9, 2025, the Magistrate Judge issued a Report and Recommendation (Doc. No. 9), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusion of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b) because of the plaintiff's failure to prosecute his claims.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge